IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TUCARA ANN TAYLOR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | Case No. CIV-17-871-M |
| | ) | |
| DAVID PRATER, District Attorney, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On September 14, 2017, United States Magistrate Judge Gary Purcell issued a Report and Recommendation in this action brought seeking a writ of mandamus. The Petitioner was ordered to cure deficiency in that she had not submitted an *in forma pauperis* application or paid the filing fee. After the forms had been mailed to the Petitioner, she failed to comply with the Magistrate Judge's Order. The Magistrate Judge recommended the dismissal of this action under Federal Rule of Civil Procedure 41(b), without prejudice to refiling. Petitioner was advised of her right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 5] issued by the Magistrate Judge on September 14, 2017, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 13th day of October, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE